IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANDREW ELSWICK,

       Appellant,

 v.
                                   Case No.  5D23-654
                                   LT Case No. 2015-CF-425

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed August 1, 2023

3.853 Appeal from the Circuit Court
for Clay County,
Steven B. Whittington, Judge.

Andrew Elswick, Carrabelle, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

EISNAUGLE, KILBANE and MACIVER, JJ., concur.